1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11

12  ALEX ORTEGA and SIOBHAN          No. 1:15-CV-01082-LJO-MJS
    SHANAHAN, on behalf of
13  themselves and all others similarly
    situated,
14  ,                                **ORDER RE: DISPOSITIVE DOCUMENTS
                                     AFTER NOTICE OF SETTLEMENT**
15              Plaintiff,

16      v.

17  CALIFORNIA BUSINESS BUREAU,      **DISPOSITIVE DOCUMENTS SHALL BE
    INC.,                            FILED WITHIN 45 DAYS**
18
                Defendants.          **(ECF NO. 24)**
19

20
        On May 10, 2016, Plaintiff, Alex Ortega and Siobhan, and Defendant, California
21
    Business Bureau, Inc., notified the Court that this case had settled.
22
        In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the
23
    Court now orders that all dispositive documents be submitted no later than 45 days from
24
    the date of this Order. If the parties conclude they cannot comply with this Order within
25
    the time allotted, they shall, before expiration of that time, file a request for extension
26
    and include their reasons for believing the Order cannot be complied with.
27

28
                                      1

1    Failure to comply with this Order may be grounds for the imposition of sanctions

2  against anyone who contributes to its violation.

3    ALL COURT DATES HERETOFORE SET IN THIS MATTER, ARE HEREBY

4  VACATED.

5

6  IT IS SO ORDERED.

7    Dated:   May 11, 2016        /s/ *Michael J. Seng*

8                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28