UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ORTEGA and SIOBHAN SHANAHAN, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br> vs.<br><br>CALIFORNIA BUSINESS BUREAU, INC.,<br><br>   Defendant. | CASE NO. 1:15-CV-01082-LJO-MJS<br><br>**ORDER OF DISMISSAL** |

  Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed, with prejudice as to Plaintiffs' individual action, and without prejudice as to the class action claims asserted in the lawsuit. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

 Dated: **June 23, 2016**      /s/ Lawrence J. O'Neill
                  UNITED STATES CHIEF DISTRICT JUDGE